RECEIVED
DEC 2 9 2005
ROBERT H.
WESTERN
LAFAYETTE, LOUISIANA

RECEIVED
DC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 01/23/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| FREDERICK ROBB obo TERRI ROBB | CIVIL ACTION NO. 02-2492 |
| VS. | JUDGE MELANÇON |
| JO ANNE BARNHART, Commissioner Social Security Administration | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and Robb is awarded benefits for the period August 17, 1998 to May 27, 2002.[1]

Lafayette, Louisiana this 23rd day of January, 2006.

COPY SENT
DATE 1/24/06
BY
TO Th

TUCKER L. MELANÇON
UNITED STATES DISTRICT COURT

---

[1] This constitutes a "final judgment" that triggers the filing period for an EAJA fee application. Shalala v. Schaeffer, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); Freeman v. Shalala, 2 F.3d 552 (5th Cir. 1993).